

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00087-CV

**IN THE INTEREST OF I.A.P.**, a Child

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 03010049CVA
Honorable Joe Vickers, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed: May 15, 2019

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed by April 12, 2019. Neither the brief nor a motion for extension of time was filed. By order dated April 17, 2019, appellant was ordered to show cause in writing by May 2, 2019, why this appeal should not be dismissed for want of prosecution. Tex. R. App. P. 38.8(a). Appellant did not respond to this court's order. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM